IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.  05-CR-30026-DRH |
| | ) | |
| DARLENE WALTERS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the United States of America's Motion to Dismiss Counts 1, 2, 4, 7, 9, 14, and 15 of the Indictment.  The motion is **GRANTED**.  Counts 1, 2, 4, 7, 9, 14, and 15 of the Indictment are hereby **DISMISSED**.

**IT IS SO ORDERED**.

**DATED: May 17, 2005.**

/s/    David RHerndon
United States District Judge